# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | January 29, 2024 |
| TIME: | 11:00 A.M. |
| DOCKET NUMBER(S): | CV-20-5389 (HG) |
| NAME OF CASE(S): | Vilorio et al v. Deva Holdings, LLC. et al |
| FOR PLAINTIFF(S): | Avshalumov |
| FOR DEFENDANT(S): | Marcus |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM Settlement Conference:

Settlement discussions were held. Defendants made a last and final offer contingent upon receiving loan proceeds from the SBA. Plaintiffs were unable to accept the offer due to the contingencies, but would consider a more firm offer if Defendants are able to secure financing. Parties anticipate having a definitive answer on settlement within 30 days.