UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CARLOS ROBERTO VILORIO, WALTER PEREZ, JARVIN J. GARCIA, ARMANDO MEJIA BONILLA, JOSE GARCIA, JOAQUINE ZABALA, MANUEL CANTOR, JOSE VELASQUEZ, JORGE ARMANDO, JULIO CESAR MALDONADO, and JOSE RODRIGUEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

DEVA HOLDINGS, LLC. AND DEVA LITTLE NECK INC. d/b/a TOSKANA PIZZERIA RESTAURANT and JEFFREY DEVA, as an individual,

Defendants.

Civil Docket No.:
1:20-cv-05389-HG

**VERDICT FORM**

      We, the jury in the above-entitled action, render the following verdict on the questions submitted to us:

1) Do you find that DEVA HOLDINGS, LLC. AND DEVA LITTLE NECK INC. d/b/a

TOSKANA PIZZERIA RESTAURANT was an employer of Plaintiffs?

  Check only one:           .            YES___NO _____

2) Do you find that JEFFREY DEVA was an employer of Plaintiffs?

        .            YES___NO _____

3) Did Plaintiffs work overtime during his employment?

           YES___NO _____

4) What was Plaintiffs' regular rate of pay?

a)      CARLOS ROBERTO VILORIO:   _____

b)      WALTER PEREZ:                        _____

c)      JARVIN J. GARCIA:                   _____

d)      ARMANDO MEJIA BONILLA:   _____

e)      JOSE GARCIA:                         _____

f)      JOAQUINE ZABALA:               _____

g)      MANUEL CANTOR:                 _____

h)      JOSE VELASQUEZ:                 _____

i)      JORGE ARMANDO:                  _____

j)      JULIO CESAR MALDONADO:   _____

k)      JOSE RODRIGUEZ:                 _____


5) What should have been Plaintiffs overtime rate?

a)      CARLOS ROBERTO VILORIO:   _____

b)      WALTER PEREZ:                        _____

c)      JARVIN J. GARCIA:                   _____

d)      ARMANDO MEJIA BONILLA:   _____

e)      JOSE GARCIA:                         _____

f)      JOAQUINE ZABALA:               _____

g)      MANUEL CANTOR:                 _____

h)      JOSE VELASQUEZ:                 _____

i)      JORGE ARMANDO:                  _____

j)      JULIO CESAR MALDONADO:   _____

k)      JOSE RODRIGUEZ:                 _____


6) Were the Plaintiffs paid for all of the overtime hours that they worked, at a rate of times and a half his regular rate?

.                    YES____NO _____

7) How many overtime hours per week did Plaintiffs work?

    a)        CARLOS ROBERTO VILORIO: _____

    b)        WALTER PEREZ: _____

    c)        JARVIN J. GARCIA: _____

    d)        ARMANDO MEJIA BONILLA: _____

    e)        JOSE GARCIA: _____

    f)        JOAQUINE ZABALA: _____

    g)        MANUEL CANTOR: _____

    h)        JOSE VELASQUEZ: _____

    i)        JORGE ARMANDO: _____

    j)        JULIO CESAR MALDONADO: _____

    k)        JOSE RODRIGUEZ: _____

8) How many weeks did Plaintiffs work within the statutory period?

    a)        CARLOS ROBERTO VILORIO: _____

    b)        WALTER PEREZ: _____

    c)        JARVIN J. GARCIA: _____

    d)        ARMANDO MEJIA BONILLA: _____

    e)        JOSE GARCIA: _____

    f)        JOAQUINE ZABALA: _____

    g)        MANUEL CANTOR: _____

    h)        JOSE VELASQUEZ: _____

    i)        JORGE ARMANDO: _____

    j)        JULIO CESAR MALDONADO: _____

    k)        JOSE RODRIGUEZ: _____

The court will perform calculations based on the answers provided.

9) Do you find that failure to pay overtime was willful?

YES___NO _____

10) Was Defendants' failure to pay overtime done in good faith?

YES___NO _____

11) Were Plaintiffs paid at, or above, the applicable minimum wage for all hours of work?

a)      CARLOS ROBERTO VILORIO:  YES___NO _____
b)      WALTER PEREZ:                    YES___NO _____
c)      JARVIN J. GARCIA:                YES___NO _____
d)      ARMANDO MEJIA BONILLA:  YES___NO _____
e)      JOSE GARCIA:                     YES___NO _____
f)      JOAQUINE ZABALA:                YES___NO _____
g)      MANUEL CANTOR:                   YES___NO _____
h)      JOSE VELASQUEZ:                  YES___NO _____
i)      JORGE ARMANDO:                   YES___NO _____
j)      JULIO CESAR MALDONADO:  YES___NO _____
k)      JOSE RODRIGUEZ:                  YES___NO _____

12) Do you find that the failure to pay a minimum wage was willful?

YES___NO _____

13) Did Plaintiffs ever work a shift greater than 10 hours in a day?

YES___NO _____

Page **4** of **5**

14) If so, how many days per week?

  a)    CARLOS ROBERTO VILORIO:    _____

  b)    WALTER PEREZ:    _____

  c)    JARVIN J. GARCIA:    _____

  d)    ARMANDO MEJIA BONILLA:    _____

  e)    JOSE GARCIA:    _____

  f)    JOAQUINE ZABALA:    _____

  g)    MANUEL CANTOR:    _____

  h)    JOSE VELASQUEZ:    _____

  i)    JORGE ARMANDO:    _____

  j)    JULIO CESAR MALDONADO:    _____

  k)    JOSE RODRIGUEZ:    _____

15) Were Plaintiffs paid an extra hour at the applicable minimum wage for each such day?

YES___NO _____

16) Do you find that failure to pay Plaintiffs an extra hour for each such day was willful?

YES___NO _____

Dated: _____    _____

Signature of Presiding Juror